UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  MANNO, JAMES<br>MANNO, SHERI<br>  Debtor(s) | CASE NO. 08-23552 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

| | |
|---|---|
| DATED: December 11, 2009 | By: /s/ Stacia L. Yoon<br>STACIA L. YOON, TRUSTEE #16933-53<br>Genetos Retson Yoon & Molina LLP<br>8585 Broadway, Suite 480<br>Merrillville, IN 46410<br>Telephone: (219) 755-0401<br>bankruptcy@grymlaw.com |

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Adam D. Decker, decker@sbcglobal.net
Regular Mail:
MANNO, JAMES, 2605 SQUIRE DRIVE, DYER, IN 46311
MANNO, SHERI, 2605 SQUIRE DRIVE, DYER, IN 46311
GE Money Bank dba GECAF/GEMC, c/o RMS Corp., 25 SE 2nd Ave., #1120, Miami, FL 33131

| Printed: 12/08/09 09:01 AM | | | | | **Claims Distribution Small Checks** | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|

Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)

Case: 08-23552 - MANNO, JAMES

| Account No. | Check No. | Issued | | | | Amount | Amount | Paid | Small |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | Filed | Allowed | to Date | Payment |
| 312240764266 | 114 | 12/08/09 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $3.47 |
| | | 12 | 07/31/09 | 610 | GE Money Bank dba GECAF/GEMB<br>C/O RMS Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 158.79 | 158.79 | 3.47 | 3.47 |

(*) Denotes objection to Amount Filed